DOROTHY CLARKE, as Administratrix of the Estate of GEORGE P. CLARKE, Deceased., Appellant, v. CITY OF NEW YORK, Respondent.

Argued February 28, 1946; decided April 18, 1946.

*Doris I. Byrne, Samuel J. Sussman* and *Herman E. Hoberman* for appellant.

*John J. Bennett, Jr., Corporation Counsel (Joseph F. Mulqueen, Jr.,* of counsel), for respondent.

Judgments reversed and a new trial granted, with costs to abide the event upon the ground that the record presents questions of fact as to negligence and contributory negligence; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J. MEDALIE, J., deceased.